IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. RAY,

      Plaintiff,                      No.  CIV S-08-1002 FCD DAD P

     vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, an inmate at Solano County Jail proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, no certification has been completed and signed by the authorized official at the Jail.  Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

1

1     2.  The Clerk of the Court is directed to send plaintiff a new Application to
2  Proceed In Forma Pauperis By a Prisoner; and
3     3.  Plaintiff shall submit, within thirty days from the date of this order, a certified
4  copy of his prison trust account statement for the six month period immediately preceding the
5  filing of the complaint.  Plaintiff's failure to comply with this order will result in a
6  recommendation that this action be dismissed without prejudice.
7  DATED: June 12, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:ndd/4
    ray1002.3c+new