IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. RAY,<br><br>           Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JAIL, *et al.*,<br><br>           Defendants. | 2:08-cv-1002-RSM<br><br>ORDER GRANTING IFP APPLICATION |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Court finds that Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. *See* 28 U.S.C. §§ 1914(a) and 1915(b)(1). Plaintiff has not been assessed an initial partial filing fee. By separate order, the Court will direct the appropriate agency to collect the filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Plaintiff will be obligated for monthly payments of twenty percent (20%) of the preceding month's income credited to plaintiff's prison trust account. These payments will be forward by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ORDER GRANTING IFP APPLICATION - 1

In accordance with the above, IT IS HEREBY ORDERED that:

(1) Plaintiff's request for leave to proceed in forma pauperis is GRANTED;

(2) Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff has not been assessed an initial partial filing fee. All fees shall be collected and paid in accordance with this Court's Order to the Director of the Solano County Justice Center Detention Facility filed concurrently herewith.

(3) The Clerk of the Court is directed to serve a copy of this order to plaintiff.

DATED this 13 day of March, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE