1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

| | |
|---|---|
| JAMES P. RAY,<br><br>               Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>              Defendants. | CASE NO. 2:08-CV-1002-RSM<br><br>ORDER GRANTING MOTION FOR<br>VOLUNTARY DISMISSAL |

15

16

17

18

19

20

21

22

23

24

     This matter comes before the Court upon Plaintiff's Motion for Voluntary Dismissal.

Dkt. # 19.   On May 27, 2011, the Court determined that Plaintiff had failed to state a claim upon

which relief could be granted against the Solano County Jail.  Dkt. # 17.  Plaintiff was given

thirty days to file an amended complaint correcting the deficiency.  *Id.* On June 17, 2011,

Plaintiff filed a motion for a 30-day extension of the deadline.  Dkt. # 18.  On July 14, 2011,

Plaintiff filed the instant motion to dismiss.  Dkt. # 19.  Plaintiff contends that "[c]urrent

circumstances do not allow Plaintiff to research, prepare or file the needed pleadings to prosecute

this action to the fullest extent possible."  *Id.* at 1.  Pursuant to Fed. R. Civ. P. 41 (a)(1), a

"plaintiff may dismiss an action without a court order by filing … a notice of dismissal before

1   the opposing party serves either an answer or a motion for summary judgment."  Further,

2   "[u]nless the notice of stipulation states otherwise, the dismissal is without prejudice."  *Id.* Here,

3   the opposing party has not yet appeared in this case.  Accordingly, Plaintiff's Motion for

4   Voluntary Dismissal is hereby GRANTED.  Plaintiff's action is hereby dismissed without

5   prejudice.

6

7        Dated August 2, 2011.

8

9

10                                              /s/ Ricardo S. Martinez
                                        RICARDO S. MARTINEZ
11                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL - 2